IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ARIF and RIPIKA FAZAL<br>*Plaintiffs,* | §<br>§<br>§ | |
| VS. | §<br>§ | Civil Action No. 4:15-cv-00761-A |
| GREAT LAKES REINSURANCE (UK) PLC<br>*Defendant.* | §<br>§ | |

## STIPULATION OF DISMISSAL

Plaintiffs Arif and Ripika Fazal and Defendant Great Lakes Reinsurance (UK) SE (formerly known as Great Lakes Reinsurance (UK) PLC) hereby file this Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Plaintiff voluntarily dismisses with prejudice all claims by Plaintiffs against Defendant in this matter, and Defendant agrees to the dismissal. Plaintiffs and Defendant further stipulate that all costs will be borne by the party incurring same.

Dated: March 28, 2016

Respectfully submitted,

_____
Les Pickett
Federal I.D. No. 14306
State Bar No. 15980520

**OF COUNSEL:**
GALLOWAY, JOHNSON, TOMPKINS
BURR & SMITH
1301 McKinney Suite 1400
Houston, Texas 77010
(713) 599-0700 – Telephone
(713) 599-0777 – Facsimile

**ATTORNEYS FOR DEFENDANT,**
**GREAT LAKES REINSURANCE (UK) SE**

**LOCAL COUNSEL:**
Ron T. Capehart

Federal ID No.: 23850
State Bar No. 24009939
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
Wellington Centre
14643 Dallas Parkway, Suite 625
Dallas, Texas 75254
(214) 545-6389 – Telephone
(214) 442-7973 – Facsimile

Respectfully submitted,

Bryan Beverly
Texas Bar No. 24082688
bryan@vosslawfirm.com
Attorney-in-Charge

**OF COUNSEL:**
Bill L. Voss
Texas Bar No. 24047043
Scott G. Hunziker
Texas Bar No. 24032446
The Voss Law Firm, P.C.
The Voss Law Center
26619 Interstate 45
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile:  (713) 861-0021

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing was served upon all counsel of record via facsimile on March 31, 2016:

*Via Facsimile: (713) 599-0777*
Les Pickett
GALLOWAY, JOHNSON, TOMPKINS
BURR & SMITH
1301 McKinney Suite 1400
Houston, Texas 77010

Bryan Beverly

2