IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 31 2016
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| ARIF FAZAL, ET AL., § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | NO. 4:15-CV-761-A |
| § | |
| GREAT LAKES REINSURANCE (UK) § | |
| PLC, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

In accordance with the stipulation of dismissal filed this date,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiffs, Arif Fazal and Ripika Fazal, against defendant, Great Lakes Reinsurance (UK) PLC, be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party bear the court costs incurred by that party.

SIGNED March 31, 2016.

_____
JOHN McBRYDE
United States District Judge